UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **KISTING, DAVID J.** ) | Bankruptcy Case No. 17-80754 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

KISTING, DAVID J.
6343 VALHALLA DRIVE
LOVES PARK, IL 61111

GEORGE P HAMPILOS
SCHIRGER MONTELEONE AND HAMPIL
308 WEST STATE STREET, SUITE 210
ROCKFORD, IL 61101
*(Via ECF Electronic Transmission)*

BMO Harris Bank
c/o Attorney Matthew Hevrin
P.O. Box 1389
Rockford, IL 61105

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com